

# INVOICE

Invoice # 8356
Date: 10/03/2025
Due On: 11/02/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Vera Nell Roberts Triggs

## 05218-Roberts Triggs Vera Nell

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 07/23/2024 | Reviewed Order on previous Application for Compensation; drafted Invoice, Notice, 2nd Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.40 | $155.00 | $62.00 |
| Service | TR | 07/23/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/25/2024 | Reviewed memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/26/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/05/2024 | Call Debtor: Telephone call from debtor informing she received a letter from our office informing we are taking her to Court; after a good bit of discussion, I figured out debtor was talking about Application for Compensation; informed her that is a courtesy copy to her and the fee is | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | paid through her bankruptcy; debtor discussed her current medical condition - that she will be going back to work in September, and that she is paying as much as she can to the trustee; reviewed trustee's site, debtor is less that a payment delinquent, and one money order she sent has not been posted; told her to continue to send as much as she can; she said her children are helping her. | | | |
| Service | TR | 08/21/2024 | Review: 24-00469-JAW Order on Application for Compensation Document# 52 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/22/2024 | Review: 24-00469-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 53 | 0.10 | $360.00 | $36.00 |
| Service | VM | 08/27/2024 | Incoming Call: Debtor called to speak with JC, she was busy at the moment so I took a message. Drafted email to JC | 0.30 | $100.00 | $30.00 |
| Service | VM | 08/28/2024 | Review email from debtor: Downloaded pictures of letter sent to debtor by trustee, attached to an email and sent to JC. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/28/2024 | Review: Proof of Claim 24-00469-JAW US Department of Education/MOHELA 633 Spirit Drive Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/28/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/29/2024 | Call Debtor: Reviewed memo that debtor was requesting a call; called debtor; she wanted to find out why her payment went up; reviewed letter from TT submitted by debtor and Order on Application for Compensation; called debtor and explained why the payments went up; she went over all of the medical procedures she has had and had another outpatient surgery today; informed that her children and sister are helping her but she cannot continue to have her plan increase; explained how attorney's fees work; she said she did not know she gets charged for calling and she will just need to stop calling and whatever | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | happens, happens; explained that she needs to call for something that will affect her bankruptcy but not if it does not affect her bankruptcy; discussed suspension but she said when she goes back to work it will only be part time for a while. | | | |
| Service | JC | 08/30/2024 | Reviewed another case file to obtain phone number for MSDoR bankruptcy department; called MSDoR and spoke with Randall; he reviewed debtor's file and informed that she has a zero balance. | 0.30 | $155.00 | $46.50 |
| Service | CO | 10/16/2024 | Incoming Call: Phone conference with debtor regarding current financial hardship. They informed us they could not make their next trustee payment due to illness and losing their job. Created task for JC to contact debtor. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/17/2024 | Incoming Call: Phone conference with debtor requesting an update on her financial hardship situation. Informed the debtor I will contact jc and we will inform her as soon as we have an update. Drafted email to kar and jc informing them about the call. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/17/2024 | Contact Debtor (Text/Email): Reviewed memos from CO and BB informing debtor has been ill and her job is ending; reviewed trustee's site for payment history; reviewed docket for any suspensions previously filed - there are none; reviewed debtor's plan - 0% unsecured; drafted text message to debtor informing she does not qualify for conversion to chapter 7 or for lowering payments; explained that her solutions are to have someone help her until she can find another job or we can file a Motion to Suspend her payments for two months and explained process of same; requested she let me know what she wishes to do. | 0.40 | $155.00 | $62.00 |
| Service | JC | 10/18/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing her job was cut, and that she is going to file for back SSI, and informed that she was told she could file financial hardship; drafted reply inquiring who told her to file financial | 0.10 | $155.00 | $15.50 |

Invoice # 8356 - 10/03/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | hardship. | | | |
| Service | JC | 10/21/2024 | Reviewed several texts messages from debtor regarding financial hardship; drafted reply informing I will check with TR regarding same; reviewed confirmed Plan; drafted memo to TR attaching same and informing about debtor's concerns regarding financial hardship. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/21/2024 | Reviewed memo from TR informing he spoke with debtor, and she is going to continue paying her bankruptcy payments. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/08/2025 | Review: 24-00469-JAW Notice of Mortgage Payment Change Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/16/2025 | Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; could not determine where delinquent amount on MTD came from; drafted e-mail to trustee's office regarding same. | 0.40 | $155.00 | $62.00 |
| Service | JC | 04/16/2025 | Reviewed e-mail from TT's office informing the delinquency includes April payment; drafted reply informing I included the April payment cannot find the delinquent amount. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/16/2025 | Review: 24-00469-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | VM | 04/16/2025 | Drafted Motion to dismiss letter. | 0.20 | $100.00 | $20.00 |
| Service | JC | 04/17/2025 | Reviewed e-mail from trustee's office regarding delinquent amount. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/17/2025 | Call Debtor: Called debtor regarding MTD; she said that she is only working part time while she waits on he disability to be approved, which is still probably several months away; she said her children are helping her as much as they can; she said medical problems are the biggest issue with trying to work; reviewed NDC, debtor's mortgage is direct and she does not have a vehicle in the BK; discussed possibly dismissing | 0.50 | $155.00 | $77.50 |

Invoice # 8356 - 10/03/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and refiling chapter 7; reviewed case notes and Pacer for previous BK filings and other information; drafted memo to TR explaining debtor's situation and providing previous case histor. | | | |
| Service | JC | 04/18/2025 | Reviewed memo from TR informing debtor should let case dismiss and refile ch 7; drafted e-mail to GM to get refile amount. | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/21/2025 | Reviewed e-mail from GM regarding fee for refiling ch 7; reviewed confirmed plan; drafted memo to JAC attaching same to find out if debtor is eligible for bifurcated option. | 0.20 | $0.00 | $0.00 |
| Service | JC | 04/21/2025 | Incoming Call: Reviewed e-mail from JAC regarding bifurcated option; call from debtor informing she got MTD in the mail; explained that we can let her case dismiss and then refile; explained the fees for refile; she said she just doesn't have money - that she is on disability; she said she has already drained her family members, that she is trying her best, but with her surgeries, she cannot go back to full-time work and doesn't have money; she said she is drowning; informed her I would talk with TR; drafted memo to TR regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/22/2025 | Contact Debtor (Text/Email): Reviewed memo from TR regarding possible pro bono refile; drafted e-mail to debtor attaching expense form for her to update and return along with 2 months pay advices for everyone in the household; drafted text message to debtor informing e-mail sent. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/22/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she requested chapter 7 when she filed but was told she couldn't filed ch 7; drafted reply informing that when she filed, she did not qualify and that is why we need to review her updated income and expenses. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/28/2025 | Reviewed text message from debtor inquiring if she can lower her payments because of loss of income; | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | reviewed confirmed plan; she is paying 0% to unsecured debts; drafted reply to debtor informing she is already paying the lowest amount she can that will pay out her debts by the end of the bankruptcy and that her only options are to pay the delinquent amount or let the case dismiss and refile ch 7; requested she send in her information as soon as possible so we can review for filing chapter 7. | | | |
| Service | JC | 05/01/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring about keeping her home with chapter 7 and informing she is struggling and will have problems paying the filing fee; drafted reply informing she just needs to send in her documents so we can analyze for chapter 7, that we cannot do anything until we have the documents, and that we can possibly help with the fee. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/06/2025 | Call Debtor: Called debtor, left voicemail, drafted text message inquiring if it is still her intention to let case dismiss and then try to refile chapter 7, if she qualifies. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/09/2025 | Review: 24-00469-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/19/2025 | Incoming Call: Telephone conference with debtor about refiling; stated that she and JC had spoken before about the fee and the process; but she could not return her call due to being in the hospital; explained why her case was dismissed and drafted email memo to JAC re: refiling | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/19/2025 | Reviewed text messages from debtor and e-mail from KR informing debtor called; called debtor; she discussed her financial situation, her health, and how her family is helping; she discussed her family situation; discussed that she needs to contact her mortgage company regarding working with her to pay her mortgage since her case has been dismissed; discussed chapter 7 and how it works; discussed that no government debts will be discharged; discussed completing refile packet and | 0.50 | $155.00 | $77.50 |

| Type | | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | | submitting docs to be reviewed for possible reduction in filing fee; reviewed Order of Dismissal; drafted e-mail to debtor attaching refile packet and Order of Dismissal. | | | |
| Service | JC | 07/09/2025 | Call Debtor: Called debtor; she said she finally got her disability and wants to refile; she said that we told her we would review for a reduced rate; discussed that once we receive her refile documents, we can review. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/26/2025 | Review: 24-00469-JAW Chapter 13 Trustee Final Report and Account (batch) Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/30/2025 | Review: 24-00469-JAW Order Closing Case Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/03/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$1,261.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $99.64 | $99.64 |
| | | | **Expenses Subtotal** | | **$99.64** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 5.1 | $155.00 | $790.50 |
| Jacki Curry | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |

Invoice # 8356 - 10/03/2025

| | | | | |
|---|---|---|---|---|
| Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | | | **Subtotal** | **$1,361.14** |
| | | | **Total** | **$1,361.14** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6129 | 04/18/2024 | $1,980.85 | $0.00 | $1,980.85 |
| 6681 | 08/22/2024 | $3,252.75 | $0.00 | $3,252.75 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8356 | 11/02/2025 | $1,361.14 | $0.00 | $1,361.14 |
| | | | **Outstanding Balance** | **$6,594.74** |
| | | | **Total Amount Outstanding** | **$6,594.74** |