**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Vera Nell Roberts Triggs                              Case No. 24-00469-JAW
         , Debtor                                                        CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,936.00 | $44.85 | $1,980.85 | 20 | 04/16/24 |
| $3,189.50 | $63.25 | $3,252.75 | 52 | 08/20/24 |
| $1,261.50 | $99.64 | $1,361.14 | | |
| $6,387.00 | $207.74 | $6,594.74 | | |



# INVOICE

Invoice # 6129
Date: 03/19/2024
Due On: 04/18/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Vera Nell Roberts Triggs
605 Lexington Cv
Byram, MS 39272

## 05218-Roberts Triggs Vera Nell

## Ch 13 hourly - Vera ***ineligible to convert***

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | GM | 01/09/2024 | Review and organize documents provided by debtor: Reviewed, organized docs and processed pymt.- AA | 0.50 | $100.00 | $50.00 |
| Service | JC | 01/10/2024 | Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtor attaching credit report for his/her review and reference. | 0.20 | $155.00 | $31.00 |
| Service | AA | 01/12/2024 | Contact Debtor (Text/Email): Drafted text message to debtor asking when they will be ready to drop off their documents. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/17/2024 | Initial review of all documents: Information packet, bank statements, drivers license/social security card | 0.30 | $100.00 | $30.00 |
| Service | BB | 01/17/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed debtors credit report in search of student loans. Found student loans and drafted email to debtor with instructions on how to get us the documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/18/2024 | Review and organize documents provided by debtor: Reviewed documents the debtor provided, uploaded and organized documents | 0.20 | $100.00 | $20.00 |
| Service | AA | 01/18/2024 | Contact Debtor (Text/Email): Drafted text to debtor with updated list of documents | 0.10 | $100.00 | $10.00 |

Page 1 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | missing needed for filing. | | | |
| Service | AA | 01/19/2024 | Review email from debtor: Reviewed text from debtor stating she has just started her job informed it can be a gap in between the pay. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/19/2024 | Contact Debtor (Text/Email): Debtor called in regard of missing pay stubs and tax return, informed will email missing document list to her with fax number attached. Also missing info in general info packet. | 0.30 | $100.00 | $30.00 |
| Service | AA | 01/19/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring for tax return and pay stubs along with general information in packet. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/23/2024 | Debtor called requesting our fax number, provided it to her and answered questions about documents needed. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/23/2024 | Review email from debtor: Reviewed email from debtor with tax return and pay stubs, organized and merged with existing documets | 0.20 | $100.00 | $20.00 |
| Service | BB | 01/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting student loan documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/26/2024 | Review and organize documents provided by debtor: Reviewed email from debtor with missing paystub organized and attached. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/29/2024 | Final review of all documents to prepare for case input | 0.30 | $100.00 | $30.00 |
| Service | BM | 01/29/2024 | Updated information packet with information from bills provided by debtor | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/31/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting two emergency contacts for case. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/31/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.40 | $360.00 | $144.00 |
| Service | JAC | 01/31/2024 | Prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/01/2024 | Drafted e-mail to debtor attaching creditor matrix for her review. | 0.10 | $155.00 | $15.50 |
| Service | AA | 02/01/2024 | Contact Debtor (Text/Email): Reviewed text from debtor with emergency contacts, | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | added to matter. | | | |
| Service | BB | 02/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting student loan documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/02/2024 | Contact Debtor (Text/Email): Drafted text to debtor with credit course information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/05/2024 | Input Case - prepare schedules, SOFA | 0.50 | $360.00 | $180.00 |
| Service | AA | 02/06/2024 | Contact Debtor (Text/Email): Phone conference with debtor returning phone call, informed debtor of the january bank statement and pay stubs needed to file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/06/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting progress on their credit course. | 0.10 | $100.00 | $10.00 |
| Service | AA | 02/06/2024 | Contact Debtor (Text/Email): Reviewed January bank statement and pay stubs; merged with existing statements for filing. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/06/2024 | Calculate income for MT, I. Calculate plan payment | 0.30 | $360.00 | $108.00 |
| Service | AA | 02/08/2024 | Review email from debtor: Reviewed fax from debtor with additional pay stubs. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/08/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting student loan documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/08/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she is ready and available. The debtor misunderstood my text. Drafted reply text informing debtor that she has to go to the website to take the course. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting student loan documents needed for filing. Drafted text to debtor informing her that I sent the email. | 0.30 | $100.00 | $30.00 |
| Service | BM | 02/21/2024 | Drafted and emailed Ch 13 Fee Agreement | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/22/2024 | Review email from debtor: Reviewed reply email from debtor stating "yes" to my previous email that did not require a yes or no answer. Drafted reply email stating I do not understand her reply and inquired if she needs assistance. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/22/2024 | Review email from debtor: Reviewed email from debtor stating she needed help with her student loan document. Informed | 0.10 | $100.00 | $10.00 |

Invoice # 6129 - 03/19/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor that in the original email is a link to step by step instruction video and to please follow those directions. | | | |
| Service | BB | 02/22/2024 | Review email from debtor: Reviewed email from debtor requesting the student loan information link. Drafted reply email with requested link. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/28/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | BB | 02/28/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting student loan documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/29/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.60 | $360.00 | $216.00 |
| Service | JAC | 02/29/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JC | 02/29/2024 | Drafted text message to debtor sending case number. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/01/2024 | Reviewed debtor's Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/01/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/04/2024 | Review: 24-00469-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/04/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JC | 03/04/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 03/04/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $44.85 | $44.85 |
| Service | JC | 03/05/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/06/2024 | Review: 24-00469-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $360.00 | $36.00 |

Invoice # 6129 - 03/19/2024

| Service | TR | 03/06/2024 | Review: Proof of Claim 24-00469-JAW Trustcare Express Medical Clinic Document # 1 | 0.10 | $360.00 | $36.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Service | BB | 03/07/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/11/2024 | Contact Debtor (Text/Email): Reviewed text from debtor saying "thank you" to my inquiry of how she would like to attend her meeting of creditors. Drafted reply email requesting she elaborate on how she would like to attend. | 0.10 | $100.00 | $10.00 |
| Service | AA | 03/12/2024 | Contact Debtor (Text/Email): Debtor called to verify our email address for credit counseling course. Texted debtor firm email address. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/14/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/18/2024 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; submitted all documents via Internet to trustee for meeting of creditors. | 0.40 | $155.00 | $62.00 |
| Service | TR | 03/19/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| | Jennifer Curry Calvillo | Attorney | 2.4 | $360.00 | $864.00 |
| | Thomas Rollins | Attorney | 1.1 | $360.00 | $396.00 |
| | Adreanna Aldairiah | Non-Attorney | 1.8 | $100.00 | $180.00 |
| | Brooke Brueland | Non-Attorney | 1.7 | $100.00 | $170.00 |
| | Jacki Curry | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | Breanne McDaniel | Non-Attorney | 0.9 | $100.00 | $90.00 |
| | Grayson Morrison | Non-Attorney | 0.5 | $100.00 | $50.00 |
| | | | | Total | $1,980.85 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6129 | 04/18/2024 | $1,980.85 | $0.00 | $1,980.85 |
|  |  |  | **Outstanding Balance** | **$1,980.85** |
|  |  |  | **Total Amount Outstanding** | **$1,980.85** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6681
Date: 07/23/2024
Due On: 08/22/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Vera Nell Roberts Triggs
605 Lexington Cv
Byram, MS 39272

## 05218-Roberts Triggs Vera Nell

## Ch 13 hourly - Vera ***ineligible to convert***

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 03/19/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 03/19/2024 | Reviewed memo from TR with attached Notice, Application for Compensation, Proposed Order, and Invoice; prepared Notice with Application and Invoice for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 03/19/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $61.09 | $61.09 |
| Service | TR | 03/19/2024 | Review: Proof of Claim 24-00469-JAW LVNV Funding, LLC Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/19/2024 | Review: Proof of Claim 24-00469-JAW Cavalry SPV I, LLC Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/20/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she would like a practice zoom. Drafted reply text suggesting a date and time. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/20/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/20/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 03/21/2024 | Incoming Call: Call from debtor to confirm if we received her certificate for the second credit course. Reviewed ECF and did not see certificate filed. Debtor stated she completed the course on 3/18, she is going to email me the certificate so we can get it filed. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/21/2024 | Incoming Call: Call from debtor to set up appointment to attend 341 zoom at our Jackson office. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/21/2024 | Contact Debtor (Text/Email): Determined debtor would like to attend their meeting of creditors in our Jackson office. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/21/2024 | Review and organize documents provided by debtor: Reviewed fax from debtor with credit course certification documents. Forwarded document to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/21/2024 | Contact Debtor (Text/Email): Reviewed voicemail from debtor requesting a call. regarding her meeting of creditors; telephone conference with debtor, she was actually wanting to know if the practice zoom was tomorrow; memo chat with Brooke; transferred call to Brooke. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/21/2024 | Incoming Call: Phone conference with debtor confirming the date and time for their meeting of creditors | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/22/2024 | Contact Debtor (Text/Email): Drafted text to debtor regarding if his employer had started their bankruptcy payment deductions | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/22/2024 | Contact Debtor (Text/Email): Drafted text to debtor asking if her employer had started deductions for bankruptcy payments | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/22/2024 | Reviewed text from debtor asking who she needed to give the letter that she received about her deductions to her employer | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/22/2024 | Contact Debtor (Text/Email): Drafted text to debtor stating that I could call her employer to get an email to send the wage order to | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/22/2024 | Review: Proof of Claim 24-00469-JAW Quantum3 Group LLC as agent for Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/26/2024 | Contact Debtor (Text/Email): Reviewed 2CCC certificate received via fax from debtor; drafted Form B423; drafted e-mail | 0.20 | $155.00 | $31.00 |

Invoice # 6681 - 07/23/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor via Clio e-sign to obtain her signature on same. | | | |
| Service | JC | 03/28/2024 | Contact Debtor (Text/Email): Drafted text message to debtor to follow up on signing B423. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/28/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/28/2024 | Received message from debtor requesting mailing address for Ch 13 payment. Reviewed file to determine who Ch 13 Trustee is. Texted mailing address to debtor. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/28/2024 | Incoming Call: Call from debtor to confirm time and date for Meeting of Creditors. She also inquired about the certificate for the second credit counseling. I reminded her that her case admin emailed her the B423 form for her to sign so we can file it. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 03/29/2024 | Review: Proof of Claim 24-00469-JAW FSNB N.A Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/02/2024 | Review: 24-00469-JAW Notice of Appearance Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/02/2024 | Call Debtor: Telephone conference with debtor to inform she is supposed to be at her meeting of creditors right now; she informed she is about to pull in the parking lot. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/02/2024 | Attend Ch 13 Meeting of Creditors | 0.40 | $360.00 | $144.00 |
| Service | KAR | 04/02/2024 | Reviewed ndc website, but no payment has been received (debtor was given info on who to send payment to on 03/28); will check website again tomorrow 04/03 | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/05/2024 | Reviewed Form 423 executed by debtor and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2024 | Contact Debtor (Text/Email): Reviewed bills submitted by debtor; reviewed matrix; Merit Health is listed, Central Portfolio is not; telephone conference with CPC regarding Merit Health bills - they are no longer servicing the account due to bankruptcy; drafted text to debtor informing same; also informed that the Dynamic Recovery bill would need to be added to her bankruptcy; informed about filing fees. | 0.30 | $155.00 | $46.50 |
| Service | JC | 04/10/2024 | Contact Debtor (Text/Email): Reviewed text | 0.10 | $155.00 | $15.50 |

Page 3 of 10

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | message from debtor informing she would like to proceed with adding debt for Dynamic Recovery; drafted memo to GM to collect filing fee from debtor. | | | |
| Service | JC | 04/12/2024 | Drafted Amended Schedule/Matrix; drafted memo to JAC for her review and approval. | 0.30 | $155.00 | $46.50 |
| Service | KAR | 04/15/2024 | Incoming Call: Debtor called requesting to speak with JC; sent chat memo to JC to call back | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/15/2024 | Call Debtor: Reviewed memo from BB to call debtor; telephone conference with debtor regarding text message she received, thinking it was from us, to complete 2nd CCC; reviewed docket - 2CCC complete; after some discussion, I informed the letter was solicitation, and her course has been completed; she also asked about another letter she received from us regarding her unemployment; reviewed trustee's Objection and explained to her that it was a courtesy copy of the Objection that the Court sent to her; explained numerous times that objections happen all the time, that her unemployment is still in the BK, and that TC will take care of it; discussed that anything that has In the US BK Court at the top is a courtesy copy and that TC will take care of it, that if he needs her to do something, we will contact her. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 04/15/2024 | review & approve schedule F & matrix drafted by JC to add missing debt | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/16/2024 | Review: Proof of Claim 24-00469-JAW MDES Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/16/2024 | Review: 24-00469-JAW Trustee's Objection to Confirmation of Plan Document# 19 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/16/2024 | Review: Proof of Claim 24-00469-JAW Merit Health Central Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/16/2024 | Review: Proof of Claim 24-00469-JAW LVNV Funding, LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/16/2024 | Review: Proof of Claim 24-00469-JAW Wells Fargo Bank, N.A. Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/16/2024 | Contact Debtor (Text/Email): Reviewed e-mail from JAC approving Amended F, Matrix; drafted e-mail to debtor through Clio e-sign to obtain her signature on same. | 0.10 | $155.00 | $15.50 |

Invoice # 6681 - 07/23/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 04/16/2024 | Review: 24-00469-JAW Order on Application for Compensation Document #20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/16/2024 | Amend Plan - provide treatment for MDES. Recalculate plan payment. | 0.20 | $360.00 | $72.00 |
| Service | KAR | 04/17/2024 | Reviewed ndc website for garnishment, but there have been no garnishment payments made yet; called debtor's employer - left a voicemail for them to call me back to get the wage order set up | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor letting her know that I saw where she made money order payments to the tt earlier this month, but that her garnishment has not been started; asked debtor for contact information for who and where to send wage order | 0.10 | $100.00 | $10.00 |
| Service | TR | 04/17/2024 | Review: 24-00469-JAW Objection to Confirmation of the Plan Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/17/2024 | Review: Proof of Claim 24-00469-JAW First Tower Loan, LLC Document # 12 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/17/2024 | Review: Proof of Claim 24-00469-JAW First Tower Loan, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/17/2024 | Review: Proof of Claim 24-00469-JAW Jefferson Capital Systems LLC Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/18/2024 | Drafted e-mail via Clio e-sign to obtain debtor's signature on Amended Plan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/18/2024 | Reviewed MDES POC; drafted Notice of Modified Plan. | 0.30 | $155.00 | $46.50 |
| Service | JC | 04/18/2024 | Incoming Call: Telephone call from debtor; she said they is no way she can pay the amount on the modified plan; she is going to e-mail me regarding the circumstances surrounding MDES; provided e-mail address. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/22/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor requesting her explanation of the MDES debt she informed she would be e-mailing to me. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/22/2024 | Call Debtor: Reviewed memo from BM to call debtor per her request; telephone conference with debtor; she said she e-mailed a letter to me regarding her dispute of amended Plan; informed me of the details of the letter including how much her | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | income is vs her expenses and informed the information of the plan is not correct because she doesn't bring home that much money; I asked if that was all in the letter and she said it was; verified e-mail - it was incorrect; she sent again while I was on the phone, and the letter was not attached; told her to send again and if I don't received it, I will contact her. | | | |
| Service | JC | 04/22/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor outlining her financial status at this time; drafted reply informing she told me she had disputed MDES debt and inquiring about outcome of dispute. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/23/2024 | Reviewed numerous e-mail from debtor regarding her financial hardship and the Amended Plan; reviewed case file and Pacer for previous filings and notes regarding conversion; drafted memo to JAC regarding hardship. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/23/2024 | review 2 emails from JC - respond | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/23/2024 | Review email from TT re: secured MDES claim - review file - draft response | 0.30 | $360.00 | $108.00 |
| Service | TR | 04/24/2024 | Review and respond to email from TT re: upcoming hearing | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/25/2024 | Contact Debtor (Text/Email): Reviewed memo from Jen informing debtor's only other option besides the plan payments is to voluntarily dismiss her case; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/25/2024 | Review email from John Simpson re: settlement of objection to confirmation | 0.10 | $360.00 | $36.00 |
| Service | BB | 04/26/2024 | Incoming Call: Phone conference with debtor requesting to speak with jc about documents she is needing to sing. Drafted email memo to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/29/2024 | Call Debtor: Reviewed e-mail from debtor regarding amended plan; reviewed memo from KR to call debtor; called debtor, left voicemail, drafted e-mail inquiring about signing amended plan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2024 | Incoming Call: Telephone call from debtor; discussed that plan payments increased due to MDES debt; reviewed plan with debtor and answered questions; explained that the amount on the amended plan replaces the amount she is already paying; | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | discussed ability to pay; discussed signing amended plan. | | | |
| Service | TR | 04/29/2024 | Review: 24-00469-JAW Order Setting, Resetting, or Continuing a Hearing Document #27 | 0.10 | $360.00 | $36.00 |
| Service | BM | 05/01/2024 | Incoming Call: Call from debtor to follow up on letter to Planet Home allowing them permission to communicate with debtor. I informed her that it is being drafted today and we will email her a copy once it's completed. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/02/2024 | Reviewed Amended Plan executed by debtor; revised through Best Case with date executed; drafted memo to JAC with attached Plan and Notice to review. | 0.10 | $155.00 | $15.50 |
| Service | BM | 05/02/2024 | Drafted letter to Planet Home Lending granting permission for them to communicate/correspond with debtor. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/02/2024 | review & respond to email from JC re: amended plan. Correct plan in BC | 0.20 | $360.00 | $72.00 |
| Service | KAR | 05/03/2024 | Reviewed ndc website for bk payments - debtor has been making money order payments, but none have been made by her employer; had a telephone conference with debtor's employer to verify if wage order had been received or not - wage order had not been received - employer provided me with contact email; drafted email to debtors employer containing wage order | 0.20 | $100.00 | $20.00 |
| Expense | JC | 05/06/2024 | Postage: Notice of Modified Plan to MDES | 1.00 | $0.64 | $0.64 |
| Service | JC | 05/06/2024 | Reviewed memo from JAC approving Notice of Modified Plan; prepared Amended Plan for filing with the Court; prepared Notice with attached Amended Plan for filing with the Court; prepared same for mailing to MDES. | 0.20 | $155.00 | $31.00 |
| Expense | JC | 05/06/2024 | Postage: Notice of Amendment to Dynamic Recovery. | 1.00 | $0.88 | $0.88 |
| Service | JC | 05/06/2024 | Reviewed Amended Schedule E/F executed by debtor received via e-mail from Clio e-sign; revised through Best Case with date executed by debtor and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/06/2024 | Drafted Notice of Amendment; reviewed Notice of Meeting of Creditors, Plan, and | 0.40 | $155.00 | $62.00 |

Invoice # 6681 - 07/23/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Amended Schedule to attach to Notice and prepared for filing with the Court; prepared Notice with attached MOC, Plan, and Amended Schedule and envelope for mailing to creditor. | | | |
| Service | TR | 05/06/2024 | Review: Proof of Claim 24-00469-JAW Flowering Peach BK, LLC Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/06/2024 | Review file re: hearing on 5/20 - email Josh Lawhorn | 0.30 | $360.00 | $108.00 |
| Expense | JC | 05/07/2024 | Postage: Letter to Planet Home | 1.00 | $0.64 | $0.64 |
| Service | JC | 05/07/2024 | Drafted e-mail to debtor attaching copy of letter send to Planet Home. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/09/2024 | Review: 24-00469-JAW Notice of Deficiency Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/10/2024 | Reviewed Amended Matrix and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/10/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/10/2024 | Review: Proof of Claim 24-00469-JAW Citibank N.A. Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/10/2024 | Review: 24-00469-JAW Order on Objection to Confirmation Document #35 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/10/2024 | Review: Proof of Claim 24-00469-JAW Planet Home Lending Document # 14 | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/10/2024 | Review: 24-00469-JAW Amended Order Upon Employer Directing Deductions from Pay Document #33 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 05/21/2024 | Reviewed ndc for BK payments - no payment has been made since April; will contact debtor tomorrow | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/22/2024 | Reviewed NDC website again to confirm payment status before containing debtor's employer - payment has been posted for 05/21 | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/22/2024 | Review and sign proposed AO via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/24/2024 | Review: 24-00469-JAW Order on Objection to Confirmation Document #44 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/24/2024 | Review: 24-00469-JAW Order Dismissing Show Cause Document #45 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/24/2024 | Incoming Call: Phone conference with | 0.10 | $100.00 | $10.00 |

Page 8 of 10

Invoice # 6681 - 07/23/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor confused about a letter she received for a court date. Drafted text to debtor providing jc email so she may send a cop of the letter. | | | |
| Service | BM | 05/28/2024 | Incoming Call: Call from debtor to see if she needs to attend the Show Cause hearing on 6/3/2024, told her that the attorneys had it handled and she didn't need to attend | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/06/2024 | Incoming Call: Call from debtor stating she will be out of work for a while due to having complications from a medical procedure. She stated she will be submitting her Ch 13 plan payments directly until she returns to work. I provided her with her Ch 13 Trustee's mailing address. Informed debtor to call us if she ends up missing work for a longer period of time or she cannot make her Ch 13 plan payments. Sent memo to case admin | 0.20 | $100.00 | $20.00 |
| Service | TR | 06/12/2024 | Review: 24-00469-JAW Order Confirming Chapter 13 Plan Document #48 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: Proof of Claim 24-00469-JAW Social Security Administration - Bankruptcy OPLIT Document # 16 | 0.20 | $360.00 | $72.00 |
| Service | JC | 07/08/2024 | Reviewed voicemail from debtor informing Planet Home says they did not receive a letter from us giving permission to speak with her; called Planet Home, was transferred to BK dept, spoke with Butch; he thoroughly reviewed debtor's account which took a while; he said the letter was received but it was buried deep in the notes and there has been a lot of activity on the account; he said the account is now noted. | 0.50 | $155.00 | $77.50 |
| Service | JC | 07/08/2024 | Call Debtor: Telephone conference with debtor informing I spoke with Planet Home Lending; discussed same; she discussed her attempts at talking with the mortgage company and said she is caught up on her mortgage; she discussed her recent back surgery and plan payments; discussed the difference in trustee and attorney. | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/22/2024 | Itemizations reviewed | 0.20 | $360.00 | $72.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.1 | $360.00 | $396.00 |
| Thomas Rollins | Attorney | 4.7 | $360.00 | $1,692.00 |

| Brooke Brueland | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Jacki Curry | Non-Attorney | 5.3 | $155.00 | $821.50 |
| Breanne McDaniel | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Kirsten Raimey | Non-Attorney | 1.2 | $100.00 | $120.00 |
| | | | **Total** | **$3,252.75** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6129 | 04/18/2024 | $1,980.85 | $0.00 | $1,980.85 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6681 | 08/22/2024 | $3,252.75 | $0.00 | $3,252.75 |
| | | | **Outstanding Balance** | **$5,233.60** |
| | | | **Total Amount Outstanding** | **$5,233.60** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.