## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Vera Nell Roberts Triggs**              **Case No. 24-00469-JAW**
, Debtor                                            **CHAPTER 13**

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtor in the Chapter 13 case referenced in the attached Application.

2. I have personal knowledge of the matters stated herein and am competent to testify to them.

3. Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtor in this matter.

4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtor.

5. The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

**Thomas C. Rollins, Jr.**

SUBSCRIBED AND SWORN TO BEFORE ME, this __7th__ day of __October__, 20__25__, by

Thomas C. Rollins, Jr.

**Notary Public**

**My Commission Expires** _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 493694
VANESSA MARTINEZ
Commission Expires
Nov. 17, 2028
BOLIVAR COUNTY

Exhibit "C"