**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    VERA NELL ROBERTS TRIGGS,                    CASE NO. 24-00469-JAW

    **DEBTOR.**                                                                  **CHAPTER 13**

To:    Thomas C. Rollins, Jr., Esq.

**NOTICE REGARDING PLEADING/DOCUMENT**
**FILED IN A CLOSED CASE**

On, October 14, 2025, you electronically filed a Final Application for Compensation with 21-day Notice, Dkt. #66 in the above bankruptcy case. Please be advised the above case was closed on September 30, 2025, before your pleading/document was filed.

Before any litigation can be brought before the Court, the bankruptcy case must be reopened by motion and order accompanied by the proper filing fee, if required.

**Dated: October 15, 2025**                              **DANNY L. MILLER, CLERK OF COURT**

                                                                          Thad Cochran U. S. Courthouse
                                                                          501 E. Court St. Ste. 2.300
                                                                          Jackson, MS 39201
                                                                          601-608-4600